UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY
NEWARK

JAMES L. JOYCE, and others
similarly situated,

    Plaintiff,

-vs-                                  Case No:

MAERSK LINE, LTD.,

    Defendant.
_____/

O'BRYAN BAUN KARAMANIAN
DENNIS M. O'BRYAN
401 S. Old Woodward, Ste. 450
Birmingham, MI 48009
(248) 258-6262
(248) 258-6047
dob@obryanlaw.net

-and-

LAW OFFICE OF PATRICK FLANIGAN
PATRICK FLANIGAN  (NJ Bar No: 016092004)
P.O. Box 42
Swarthmore, PA 19081-0042
(484) 904-7795
Pat@lawofficepf.com

ATTORNEYS FOR PLAINTIFF
_____/

## CLASS ACTION COMPLAINT UNDER RULE 9(h)

NOW COMES Plaintiff, on his behalf and other similarly situated persons, complaining against Defendant as follows:

1

1. Jurisdiction and venue lie in this action, Defendant being subject to service of process within this forum.

2. Subject matter jurisdiction is founded under the general maritime law and the Shipowner's Liability Convention for the unearned wage component of maintenance and cure, maintenance and cure being part of the contract for wages.

3. At all times material to issues herein, Plaintiff, and other similarly situated persons, suffered illness or injury in the service of Defendant's vessel(s) on inter-coastal/foreign/high seas voyages and, in breach of their contracts for wages, were thereafter paid unearned wages, sans the overtime, they otherwise would have earned; moreover, as to those with dependents, such as Plaintiff, unearned wages were not paid until their sickness or incapacity was declared of a permanent character.

4. Plaintiff, and others similarly situated, are entitled to the overtime component of the unearned wages they otherwise would have earned, per the general maritime law, and as to those with dependents, such as Plaintiff, they are entitled to unearned wages until their sickness or incapacity was declared of a permanent character, per the Shipowners' Liability Convention.

## CLASS ACTION ALLEGATIONS

5. Plaintiff is entitled to sue as a representative party on behalf of crewmembers who have been paid unearned wages on high seas/inter-coastal/foreign voyages sans the overtime pay they would have earned, and for those with dependents who were not paid unearned wages until their sickness or incapacity was declared of a permanent character, for the following reasons:

6. Joinder of all class members is not practicable because:

    A. The class numbering according to Plaintiff's best present estimate is too numerous and/or disperse

geographically.

7. The claim of Plaintiff is typical of the claims of the class.

8. Plaintiff will fairly and adequately protect the interests of the class.

9. The prosecution of separate actions by individual members of the class would create a risk of:

   A. Inconsistent or varying adjudications with respect to individual members of the class which would establish incompatible standards of conduct of Defendant; and

   B. Adjudications with respect to individual members of the class would, as a practical matter, be dispositive of the interests of adjudication or substantially impair or impede their ability to protect their interest.

10. Questions of fact and law common to the members of the class predominate over any questions affecting only individual members, i.e. whether unearned wages on an inter-coastal/foreign voyage payable is inclusive of the overtime the crewmember would have earned; whether unearned wages are payable until crewmen with dependents reach maximum medical improvement.

11. A class action is superior to other available methods for the fair and efficient adjudication of the controversy because it will:

   A. Avoid a multiplicity of actions;

   B. Permit the litigation of small claims otherwise sufficient to support litigation;

   C. Promote judicial economy.

WHEREFORE Plaintiff and class members pray for Judgment in an amount equal to the overtime wages to which they are entitled to during their period of entitlement to unearned wages on an inter-coastal/foreign voyage, plus interest, costs, attorney fees and any other relief to which

they are lawfully entitled in the premises.

                    O'BRYAN BAUN KARAMANIAN

                    /s/ Dennis M. O'Bryan (w/ consent)

                    DENNIS M. O'BRYAN
                    Attorney for Plaintiff
                    401 S. Old Woodward, Ste. 450
                    Birmingham, MI 48009
                    (248) 258-6262    (248) 258-6047 - fax
                    dob@obryanlaw.net

                    -and-

                    LAW OFFICE OF PATRICK FLANIGAN

                    /s/ Patrick Flanigan

                    PATRICK FLANIGAN (NJ Bar No: 016092004)
                    P.O. Box 42
                    Swarthmore, PA 19081-0042
                    (484) 904-7795
                    Pat@lawofficepf.com

                    ATTORNEYS FOR PLAINTIFF

DATED: